# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

---

## No. 97-30575

---

CARL BERNOFSKY, Dr.

Plaintiff-Appellant,

versus

TULANE UNIVERSITY MEDICAL
CENTER, ET AL.,

Defendants,

ADMINISTRATORS OF THE TULANE
EDUCATIONAL FUND,

Defendant-Appellee.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
(96-CV-358-C)

---

January 8, 1998

Before POLITZ, Chief Judge, HIGGINBOTHAM and DEMOSS, Circuit Judges.

PER CURIAM:[*]

Dr. Carl Bernofsky appeals an adverse summary judgment in his action against Tulane University Medical Center, *et al.*, and Administrators of the Tulane Educational Fund, in which he asserts race and age discrimination and state law claims. Having considered the record, briefs, and oral arguments of counsel, and

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

substantially for the reasons assigned and authorities cited by the district court in its comprehensive Order and Reasons signed and filed April 15, 1997, we AFFIRM.